UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 8:13-cv-1292-T-35TGW

ASSETS IDENTIFIED IN
PARAGRAPH 1 OF
VERIFIED COMPLAINT,

**MOTION FOR STAY AND EXTENSION
OF TIME TO FILE AMENDED COMPLAINT**

The United States of America moves for a stay of this case and an extension of time to file its amended complaint in the above-captioned case.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorney's (including AUSA's) and employees are prohibited from working, even on a voluntary basis, except in very Limited circumstances, including "emergencies involving safety of human like or the protection of property." 31 U.S.C. § 1342.

3. The undersigned therefore requests this Court stay these proceedings until Congress has restored appropriations to the Department. The undersigned further requests that this Court extend the period within which the United States may amend its complaint until 30 days after Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel may later request that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. The undersigned has contacted opposing counsel regarding their position, but as of this time, they have not indicated their position to this motion (they were only contacted earlier this morning).

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of these proceedings until Department of Justice attorneys are permitted to resume their usual civil litigation functions and extend the period within which the United States may amend its complaint until 30 days after Congress has restored appropriations to the Department.

Respectfully Submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By:   *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
(813) 274-6000 – telephone
(813) 274-6220 – facsimile
E-mail: james.muench2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark P. Rankin, Esquire
    Katherine Earle Yanes, Esquire
    James E. Felman, Esquire
    David T. Weisbrod, Esquire
    Jeffrey G. Brown, Esquire
    Joel J. Schwartz, Esquire

                                        *s/James A. Muench*
                                        JAMES A. MUENCH
                                        Assistant United States Attorney