**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No: 8:13-cv-1292-T-35TGW

ASSETS IDENTIFIED IN
PARAGRAPH 1 OF THE VERIFIED
COMPLAINT, TIMOTHY HUMMEL,
PATRICIA G HUMMEL and SEAN T.
HUMMEL,

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Stay and for Extension of Time to File Amended Complaint (Dkt. 68) filed by Plaintiff, the United States. A review of the record in this case reveals that the next impending deadline is October 21, 2013, by which date Plaintiff must amend its complaint. See (Dkt. 66) Additionally, a status conference is scheduled for October 25, 2013. See (Dkt. 67) The Court **GRANTS** an extension of time to amend the complaint up to and including **November 4, 2013**. The status conference will likewise be continued, and will be rescheduled by separate notice.

The Court **DENIES** the motion to stay. After the resolution of the Government shutdown if Plaintiff finds it necessary to continue certain deadlines, Plaintiff may file an

2

appropriate motion.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of October, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2