**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

USA,

    Plaintiff,

v.                                      Case No: 8:13-cv-1292-T-35TGW

ASSETS IDENTIFIED IN PARAGRAPH 1
OF THE VERIFIED COMPLAINT,
TIMOTHY HUMMEL, PATRICIA G
HUMMEL, and SEAN T. HUMMEL,

    Defendants.

---

**ORDER DIRECTING ADMINISTRATIVE CLOSURE**

**THIS CAUSE** comes before the Court for consideration of the Agreed Motion to Extend Deadlines (Dkt. 91), filed by Claimants Timothy and Patricia Hummel (the "Hummels"). In the motion, the Hummels seek a 90 day extension of all remaining Case Management and Scheduling Order deadlines in order to attempt reach an amicable resolution of the lawsuit, without incurring unnecessary expense. (Dkt. 58). The Hummels represent that counsel have all advised that the United States and the other claimants consent to the requested relief. (Id. at 3)

Upon consideration, the Agreed Motion is **GRANTED**. It is hereby **ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal, or other notice from the parties regarding the success or failure of the negotiations, within **ninety (90) calendar days** from the date of this Order. If no stipulation or other notice is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The **CLERK**

is **DIRECTED** to terminate any pending motions in this case. If any party determines that settlement negotiations will not be fruitful, any such party may move to re-open the case at any time after thirty (30) days from the date of this Order. In that event, the case will be restored to active status and all terminated motions will be reinstated. Should the case be re-opened, the Court will issue an amended Case Management and Scheduling Order. The Parties are cautioned, however, that upon re-opening, any subsequent requests for extensions of deadlines will only be granted upon a showing of highly extenuating circumstances.

      **DONE** and **ORDERED** in Tampa, Florida, this 3rd day of April, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person